

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

# 00-06144

## CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JANETTA S LING

Defendant.

_____/

### COMPLAINT

The United States of America, acting herein by THOMAS E. SCOTT, United States

Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by

28 U.S.C. § 1345.

2. The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $2410.73, plus

interest on this principal amount computed at the rate of 8.00 percent per annum in the amount of

$1302.01, plus interest thereafter on this principal from January 20, 2000 until the date of

judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A

attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, plaintiff prays judgment against the defendant for the total of $3712.74, plus interest at  8.00 percent per annum on the principal amount of $2410.73, from January 20, 2000 to the date of judgment, plus costs.  Plaintiff further demands, pursuant to 28 U.S.C. §1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this ₂₆ day of  January, 2000.

Respectfully submitted,

THOMAS E. SCOTT
United States Attorney

By: _____
Mary F. Dooley
Assistant U.S. Attorney
Florida Bar No. [#]A5500282
99 N.E. 4th Street,
Suite 300
Miami, FL 33132
Tel No. 305-961-9377
Fax No. 305-530-7195

## U.S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Janetta S Ling
4521 SW 22nd Ct
Ft Lauderdale, FL  33317
SSN:  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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/16/99.

On or about 03/21/89, the borrower executed promissory note(s) to secure loan(s) of $2,625.00, from Citizens and Southern Student Loan Department at 8 percent interest per annum. This loan obligation was guaranteed by Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 12/25/89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,849.96 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 11/30/98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,410.73 |
| Interest: | $1,203.20 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 07/16/99: | $3,613.93 |

Interest accrues on the principal shown here at the rate of $0.53 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 8/4/99

Name: Paul Gunn
Title:  LOAN ANALYST
Branch: LITIGATION BRANCH



H3-2/ED-LITIGATION/BRANCH

## APPLICATION/PROMISSORY NOTE FOR A FLORIDA GUARANTEED STUDENT LOAN

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

### I-BORROWER'S SECTION — COMPLETED BY STUDENT
PRINT OR TYPE ALL ENTRIES

**1. Social Security Number** 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

**2. Last name** LING **First** JANETTA **Middle/Maiden** S

**3. Date of Birth** MO 7 DA 10 YR 39

**4. Permanent Home Address** 4521 S.W. 22nd Ct
**City** Ft Lauderdale **State** FL **Zip** 33317

STUDENT LOANS RECEIVED MAR 31 1989

**5. Area Code-Phone No. for item 4** (305) 792-5319

**6. U.S. Citizenship (See instructions)**
1. U.S. Citizen or National
2. Permanent Resident or Eligible Non-Citizen
(Alien Registration Number)

**7. State of Permanent Residence**
State FL   7-39

**8. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant?** No
If yes, list details and attach all repayment arrangements to this application.

**9. REFERENCE REQUIREMENT**-All references must be in the United States and be at different addresses.
A. Parent or Guardian [ ]   Other Adult Relative [X]
B. Other Parent must be different than that in part A. [ ]   Other Adult Relative [X]

**Name** Jean Hall   Simone Carroll
**Home Address** 3533 S.W. 12th Pl   3740 SW 22nd 8th
**City, State, Zip Code** Ft Lauderdale Fl 33317   Ft Lauderdale Fl 33319
**Phone** (305) 587-7119   (305) 587-4224
**Employer** Broward Sheriff's office   Hollywood Childhood Dev Zuzerhill

**10. Enter the amount owed on all GSL and FISL loans:**
If you do not owe money, enter 0.
GSL and FISL   0

**11. Enter the following information on the most recent GSL you have obtained.**

| Name of Lender | City and State of Lender | Loan Period (Mo./Yr.) From | To | Check Interest Rate 7% 8% 9% | Amount Owed |
|---|---|---|---|---|---|
| | none | | | | |

**12. Enrollment Period Covered by This Loan.** From MO 3 YR 89 To MO 9 YR 89

**13. Intended Enrollment Status** [X] Full Time [ ] Half-Time but Less Than Full Time

**14. Name of Lender Who Will Process this Loan** C+S

### PROMISSORY NOTE FOR A GUARANTEED STUDENT LOAN

**I.** Promise To Pay - I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder of the Promissory Note, the principal sum of

**15.** $ 2625 .00
Requested Loan Amount - Must Be Numeric

or amount advanced to me and identified to me in the Notice of Loan, Guarantee and Disclosure Statement, plus interest and any other charges which may become due as provided for in this Note. My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "BORROWER CERTIFICATION" on the reverse side of this Note.
NOTICE TO BORROWER: Terms of the Promissory Note continue on the reverse side.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE NOTICE OF LOAN GUARANTEE DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE I KNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF.

**16. SIGNATURE OF BORROWER** X Janetta Ling **DATE** 3-21-89

**17. ENDORSER (LENDER OPTION)** **DATE**
Street Address   S.S.N.
City   State   Zip   Phone

### II-SCHOOL SECTION — COMPLETED BY FINANCIAL AID OFFICER
PRINT OR TYPE ALL ENTRIES

**18. School Code** 023432

**20. Name and Address** UNITED BUSINESS INST. 3521 W. BROWARD BLVD. SUITE 212 FT. LAUDERDALE, FL 33312

**21. Grade Level** 1

**22. Anticipated Completion Date** MO 9 YR 89

**23. Adjusted Gross Income** $ 11200

**19. Area Code/Phone No.** (305) 584-8099

**24. Enrollment period covered by Loan** From MO 3 DA 20 YR 89 To MO 9 DA 17 YR 89

**25. Beginning Date of School Term Covered by Loan Period**

**26. Dependency Status** Dependent [ ] Independent [X]

**27. Cumulative Grade Point Average** 2.0 of 4.0

**28. Estimated Cost of Attendance** $ 10536

**29. Expected Family Contribution** $ .00

**30. Estimated Financial Aid for Loan Period** $ 0 .00

**31. Unmet Need** $ 10536 .00

**32.**

| | Recommended Dates for Disbursements Mo. Day Yr. | | | Recommended Disbursement Amount |
|---|---|---|---|---|
| #1 | 4 | 1 | 89 | $ 2625 |
| #2 | | | | $ |
| #3 | | | | $ |
| #4 | | | | $ |
| TOTAL OF DISBURSEMENTS | | | | $ 2625 |

**33.** My signature certifies that I have read and agreed to the conditions given in the Educational Institution Certification printed on the REVERSE side of this application.

**Signature of Authorized School Officer** Rit Verladi

**Print or Type Name and Title** Rit Verladi Esq/Asst

**34. Date** 3 27 89

### III-LENDER SECTION — COMPLETED BY LENDER
PRINT OR TYPE ALL ENTRIES

**35. Lender Code** 819587

**37. Name and Address** CITIZENS AND SOUTHERN STUDENT LOAN DEPARTMENT P.O. BOX 8900 FORT LAUDERDALE, FL 33310

**36. Area Code/Phone No.** (305) 797-4912

**38. Loan Disbursement Date(s)**

| | Mo. | Day | Yr. | Loan Disbursement Amount |
|---|---|---|---|---|
| #1 | 4 | 13 | 89 | $ 2625 |
| #2 | | | | $ |
| #3 | | | | $ |
| #4 | | | | |
| TOTAL AMOUNT LENDER APPROVES | | | | $ 2625 |

**40. Signature of Authorized lending Official** **Print or Type Name and Title** Lipton McKenzie Student Loan Mgr. **Date** 3/31/89

**41.**

**39. Check Interest Rate** 7% [ ] 8% [X] 9% [ ]

FGLP Standard Form - 1 3/88

**LENDER COPY**

**Additional Terms of the Promissory Note for a Guaranteed Student Loan**

ALL RIGHT, TITLE AND INTEREST OF _Citizens & Southern_ (THE "SELLER") IS HEREBY ASSIGNED TO THE STUDENT LOAN MARKETING ASSOCIATION ("SALLIE MAE") WITHOUT RECOURSE EXCEPT AS PROVIDED IN PARAGRAPH 10 OF THE COMMITMENT AND LOAN SALE AGREEMENT BETWEEN SALLIE MAE AND THE SELLER,

_Citizens & Southern Nat'l Bank_

_Cynth. Ficco   Claims Analyst_

**V. Default** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (subject to any law which gives me a right to cure any default) if: 1) any payment has not reached you within the number of days after it is due as specified on the Repayment Schedule, or if I fail to meet the terms of this Application Promissory Note under circumstances where you find it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that my failure persists for (a) 180 days if I pay in monthly installments; or (b) 240 days if I repay in less frequent installments; or 2) I fail to notify you of a change in my name, address, or enrollment status within 10 days; or 3) I break any of my other promises under this Note...

**VI. Late Charges and Collection Costs** I agree to pay the following amounts if delinquent in making payments when due or if this Promissory Note is declared in default: 1) A late charge not to exceed 6 cents for each dollar of any installment payment not received by the lender within ten (10) days after it is due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under Paragraph VIII of this Promissory Note; 2) Costs that are permitted by Federal and State laws and are necessary for collection of any overdue amount. The costs may include attorney's fees, court costs, and costs of telegrams and long-distance telephone calls; 3) Collection costs which do not exceed 25 percent of the unpaid principal and accrued interest if this loan is referred for collection to an agent or agency that is subject to the Fair Debt Collection Practices Act.

**VII. Additional Agreements** 1) The proceeds of this loan will be used only for my educational expenses at the school indicated in Section II of my application. 2) Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have on file. 3) Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. 4) If the Florida Department of Education is required under its guarantee to repay my loan(s) because I have defaulted, the Florida Department of Education will become the owner of this Note and as my creditor will have all the rights of...

**IX. Repayment** I will repay the total amount due on this Promissory Note in periodic installments, with interest at the rate indicated in Interest, Paragraph III, on the unpaid balance from the due date of this Promissory Note until the loan is paid in full. Prior to the due date of this Promissory Note, you will send to me a Repayment Schedule which shows the particular repayment terms, including the beginning due date, that will become part of this Promissory Note. The Repayment Schedule may include all loans I have received from you under this Title IV program. The Repayment Schedule will require me to make monthly payments for a period of not less than 5 nor more than 10 years after this Note becomes due. Any period described under Paragraph VIII, Deferment or any period for which the lender has granted forbearance will not be included in determining the 5- and 10-year periods mentioned above. At my option I may agree to a repayment period that is shorter than 5 years. I may at a later time have the repayment period extended so that the total repayment period is not less than 5 years, provided, my total payments for any year of the repayment period on all my loans under the Guaranteed Student Loan Program (GSLP), the PLUS Program, or the Supplemental Loans for Students Program, under Title IV, Part B of the Higher Education Act shall not be less then $600 per year, including payments by my spouse on any loan under such loan programs (or the balance of all such loans plus accrued interest if less than $600) even though this may result in a repayment period shorter than 5 years.

**X. Prepayment** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

**XI. Credit Bureau Notification** Information concerning the amount of this loan and its repayment will be reported to one or more credit bureau organizations. This is about this loan, the lender, holder, or guarantor will also report the default to credit bureau organizations. This may significantly and adversely affect my ability to obtain other credit. The lender, holder, or guarantor must notify me at least 30 days in advance that information about the default will be disclosed to credit bureau organizations unless I enter repayment on the loan within 30 days. The lender must provide a timely response to a request from any credit bureau organization regarding objections I might raise with that organization about the accuracy and completeness of information reported about me.

**XII. Disability or Death** If I become totally and permanently disabled, or if I die, my obligation to pay an amount on this loan will be cancelled.

## Borrower Certification

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution, subsequent holder, Florida Department of Education, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). I certify that the proceeds of any loan made as a result of this application will be used for educational expenses for the part covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to the educational expenses related to attendance at that school for the loan period stated in Item 24. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV, Part B (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify that I do not owe a refund on a Pell Grant, Supplemental Educational Opportunity Grant, State Student Incentive Grant or Byrd Scholarship, and am not now in default on a Perkins/National Direct Student Loan, a Guaranteed Student Loan, a Federally Insured Student Loan, PLUS Loan, a Supplemental Loan for Students, a Loan Consolidation, or an Income Contingent Loan. I further authorize any lending institution to issue a check covering the proceeds of my loan, in full or in part, made payable to me, or at the lender's option, jointly payable to me and the school, and send to the school named in Section II. I have read and understand the "Statement of Borrower's Rights and Responsibilities" supplied with this application. I understand that I will receive a Notice of Loan Guarantee and Disclosure Statement that identifies my loan amount (as determined by the lender), the fee amounts, grace period, and late charges. I understand and agree that if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement applies.

**NOTICE TO STUDENT: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION AND PROMISSORY NOTE YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.**

## EDUCATIONAL INSTITUTION CERTIFICATION

I hereby certify that the student named in Section I is accepted for enrollment, or is enrolled at at least a half-time student and is maintaining satisfactory progress in a program determined to be eligible for the Guaranteed Student Loan Program. I further certify that, based upon records available at this institution, this student is neither in default nor owes a refund with respect to previously received state federal student financial assistance for attendance at any institution, and that the information provided in Section II is true, complete and correct to the best of my knowledge and belief.

JS 44
(Rev. 12/96)

B-14
DC-134

# CIVIL COVER SHEET

00-06144

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES of AMERICA

## DEFENDANTS

JANETTA S. LING

CIV-ZLOCH

BROWARD

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

B. Broward / 0:00cv6144 / Zloch/Seltzer

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE SELTZER

JAN 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS E. SCOTT, U.S. ATTORNEY (305) 961-9377
99 NE 4TH STREET, SUITE 300
MIAMI, FL 33132-2111

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS |  | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B[ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury – Med Malpractice | B[ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury – Product Liability | B[ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | B[ ] 630 Liquor Laws | **A PROPERTY RIGHTS** | B[ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability |  | B[ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | B[ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| B[X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | B[ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| B[ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | B[ ] 690 Other | **A LABOR** | **B SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA 1395ff | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability |  |  |  | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | B[ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| B[ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | B[ ] 530 General | [ ] 790 Other Labor Litigation | A[ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | B[ ] 535 Death Penalty | A[ ] 791 Empl. Ret. Inc. Security Act | A[ ] 871 IRS – Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | B[ ] 540 Mandamus & Other |  |  | [ ] 890 Other Statutory Actions A OR B |
| [ ] 290 All Other Real Property |  | B[ ] 550 Civil Rights |  |  |  |
|  |  | B[ ] 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY THE PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN. 34 CFR 682.100(4) (d)

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

DEMAND $ 3,712.74
+ interest & costs

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE 1/26/00

SIGNATURE OF ATTORNEY OF RECORD [signature]

MARY F. DOOLEY, AUSA

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____