UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO. 00-06144

CIV-ZLOCH
MAGISTRATE JUDGE SELTZER

FILED by INTAKE
JAN 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANETTA S LING,

    Defendant.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___Yes ✓No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9377
Fax No. (305) 530-7195
Bar No. A5500282

DATED 1/26/00