AFFIDAVIT OF SERVICE

CASE NO: 00-6144 CIV ZLOCH

TO BE SERVED
JANIECE O. LING
4521 N.W. 22ND COURT
FT. LAUDERDALE, FLORIDA

COURT
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
VS.
JANIECE O. LING

WRIT
SUMMONS IN A CIVIL ACTION

SERVED FOR
MARY F. DOOLEY, AUSA

99 N.E. 4TH STREET, SUITE 300
MIAMI, FLORIDA 33132

INFORMATION
Court Date :
Court Time :
Witness Fee:
Doc Type  : Original
Cnty File #:

I received this process 03/08/00 at 10:41 PM and it was served 03/09/00 at 9:20 PM
in BROWARD COUNTY, FLORIDA.

ON: JANIECE O. LING
AT: 4521 N.W. 22ND COURT
FT. LAUDERDALE, FLORIDA

INDIVIDUAL SERVICE:

By delivering to the within named person a copy of this writ, the date
and hour of service endorsed by me, and at the same time delivering
to the within named person a copy of the complaint, petition or initial
pleading as furnished by the plaintiff or petitioner.

OTHER SERVICE:



BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY  Fla Notary Service & Bonding Co

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above
action, am over 18 years of age, that the above affi-
davit is true and correct, and that service was made
in accordance with Rule 1.410(C) Florida R.C.P., and
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C.,and
Section 570 Fl. Cap.

The foregoing instrument was acknowledged
before me this 13 day of March, 2000
BY VICTOR F. RACEK,
who is personally known to me, or who has
produced a ___ D/L ___ as identification
and who DID taken an oath.

PROCESS SERVER: VICTOR F. RACEK
CAPLAN/MARKOWITZ & KAYE   (305) 374-3426
CPS Number:   767793

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK

4

*88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

v.

JANETTA S LING

Case Number: 00-06144 CIV-ZLOCH
MAGISTRATE JUDGE
Victor /SELTZER/

TO: (Name and Address of Defendant)

JANETTA S LING
4521 SW 22ND CT
FT LAUDERDALE, FL 33317

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

_____
BY DEPUTY CLERK

JAN 3 1 2000       DATE