UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE No.: 00-06144-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JANETTA S LING

    Defendant.
_____/

```
FILED by _____ D.C.
DKTG
APR 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

## DEFENDANT'S DEFAULT

DEFAULT ENTERED as to defendant, Janetta S Ling, on this ___7th___ day of ___April___, 2000.

                                                  CLARENCE MADDOX
                                                COURT ADMINISTRATOR
                                                CLERK OF THE COURT

                              BY: _____
                                    DEPUTY CLERK