```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 00-6144-CIV-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANETTA S. LING,

    Defendant.
_____/



**ORDER ENTERING DEFAULT**

THIS MATTER is before the Court upon the Plaintiff, United States of America's Application And Declaration For Entry Of Defendant's Default (DE 5) as to the Defendant, Janetta S. Ling. The Court has carefully reviewed said Application and the entire court file herein and is otherwise fully advised in the premises.

The Court notes that the Defendant, Janetta S. Ling, was duly served with a copy of the Summons and Complaint herein and that said Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law. The Court further notes that the Clerk of the United States District Court for the Southern District of Florida has entered a Default (DE 6) against the Defendant, Janetta S. Ling, on April 7, 2000.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff, United States of America's aforementioned Application And Declaration For Entry Of Defendant's Default (DE 5) as to the Defendant, Janetta S. Ling, be and the same is hereby **GRANTED**;



2. The Default (DE 6) entered by the Clerk of the United States District Court for the Southern District of Florida against the Defendant, Janetta S. Ling, on April 7, 2000 is hereby approved and ratified; and

3. On or before <u>Monday, April 24, 2000</u>, the Plaintiff, United States of America, shall file a proposed Default Final Judgment as to the Defendant, Janetta S. Ling, with supporting Affidavits.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of April, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Mary F. Dooley, Esq., AUSA
For Plaintiff

Janetta S. Ling
4521 SW 22nd Court
Fort Lauderdale, Florida 33317
Defendant