

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6144-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           **DEFAULT FINAL JUDGMENT**

JANETETTA S. LING,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff, United States of America's Motion For Entry of Default Judgment, bearing file stamp of the Clerk of this Court dated April 19, 2000, and it appearing to the Court that the Defendant, Janetta S. Ling, was duly served with a copy of the Summons and Complaint filed herein and that said Defendant has failed to file an appropriate Motion or responsive pleading within the time prescribed by law. The Court further notes that the Clerk of the United States District Court has entered a Default (DE 6) against the said Defendant, Janetta S. Ling, on April 7, 2000. The Court having carefully considered the merits of said Motion and all Affidavits in support of Plaintiff's Motion For Entry of Default Judgment and having reviewed the entire court file, after due consideration, it is

    **ADJUDGED** as follows:

    1. That this Court has personal jurisdiction over the parties hereto and the subject matter herein;

    2. That the Default (DE 6) entered by the Clerk of the United States District Court for the Southern District of Florida against the Defendant on April 7, 2000, is hereby approved and



ratified;

3. The Plaintiff, United States of America, does have and recover from the Defendant, Janetta S. Ling, the sum of $3,753.42 consisting of $2,401.73 in unpaid principal and $1,342.69 in interest accrued through April 5, 2000, together with interest from April 5, 2000 through and including the date of this judgment at the rate of 8% per annum, together with interest thereon at the rate of 6.197% from the date of this Default Final Judgment, for all of which let execution issue; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _21_ day of April, 2000.

```
                                    WILLIAM J. ZLOCH
                                    United States District Judge
```

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Janetta Ling, Defendant Pro Se
4521 SW 22nd Court
Fort Lauderdale, Florida 33317

2