UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06144-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JANETTA S LING,

        Defendant.
_____/

**RELEASE OF LIEN**

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to release and cancel said judgment of record. Said judgment was duly recorded on June 16, 2002, in the Public Records of Broward County, Florida in Official Records Book 33271, Page 1167.



RELEASE OF LIEN
U.S. v. JANETTA S LING
CASE NO.   00-06144-CIV-ZLOCH

Witness my hand and seal this
24TH day of OCTOBER A.D. 2003

Signed, Sealed and Delivered in
Presence of:

_____
Magda del Valle

_____
Maryet Moxie-Stinson

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 24th day of OCTOBER, A.D. 2003.

_____
Rolando A. León
NOTARY PUBLIC, State of Florida

[X]  PERSONALLY KNOWN TO ME and
[X]  DID NOT take an oath

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC